**Order entered September 16, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-01276-CV

---

### GOODMAN FACTORS, Appellant

### V.

### TORRES FINAL CLEAN, INC. AND FONDA M. WILCOX, Appellees

---

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03811**

---

## ORDER

We **GRANT** appellant's request to abate appeal for findings of fact and conclusions of law. TEX. R. CIV. P. 296, 297; *Panchal v. Panchal*, 132 S.W.3d 465, 466-67 (Tex. App.—Eastland 2003, no pet.). We **ORDER** the trial court to make findings of fact and conclusions of law regarding the court's ruling on Plaintiff Goodman Factors, Inc's request for default judgment against Defendant Torres Final Clean, Inc. for fraud and conversion and against Defendant Fonda M. Wilcox for conspiracy to commit fraud and conversion, within **thirty (30) days** of the date of this order. The findings of fact and conclusions of law shall be filed in a supplemental clerk's record with this Court within **thirty-seven (37) days** of the date of this order.

If Appellant chooses to file a supplemental brief to address the findings of fact and conclusions of law, Appellant's supplemental brief will be due **fourteen (14) days** after the supplemental clerk's record is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Tobolowsky, Dallas District Clerk Felicia Pitre, and all counsel of record.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated forty-five days from the date of this order or when the Court receives the findings of fact and conclusions of law, whichever occurs sooner.

/s/     ELIZABETH LANG-MIERS
           JUSTICE